UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Ralph C. McCullough, II as Plan Trustee for HomeGold Financial, Inc., HomeGold Inc., and Carolina Investors, Inc., <br><br>   Plaintiff, <br>   v. <br><br> USPA Corp., Mid-America Services Corp., U.S. Property and Appraisal Services Corp., and Frank A. Davis, <br><br>   Defendants. | C/A No. 8:05-2791-GRA <br><br> ORDER <br> (Written Opinion) |

This matter comes before the Court on Defendants' "Motion to Reconsider, Alter or Amend or, in the Alternative, to Clarify," filed February 10, 2006. After a review of the parties' briefs, the Court denies Defendants' motion.

IT IS HEREBY ORDERED that Defendants' Motion be DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

March   17  , 2006.

1